IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS RAY HOWIE,** | CIV S-07-0453 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD SUBIA, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent's April 18, 2007 request for an extension of time is granted to and including May 18, 2007, in which to file a response to the petition for writ of habeas corpus.

DATED: April 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/howi0453.111

1