IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS RAY HOWIE,

    Petitioner,               No. CIV S-07-453 FVS

  vs.

RICHARD SUBIA,

    Respondent.            ORDER
_____/

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed September 24, 2010, the Honorable Fred Van Sickle granted petitioner's request for an evidentiary hearing with respect to whether petitioner's trial attorney conducted a reasonable defense investigation.  The parties were advised they would be informed by separate order of the date of the hearing.  In accordance with that order, the time and place of the evidentiary hearing is set forth below.

        Pursuant to the request of counsel for petitioner, the court will arrange for petitioner's attendance at the hearing.  The parties are advised that they are responsible for the attendance of any witnesses they wish to attend the hearing and that subpoenas for those witnesses may be issued by counsel for the parties.  The United States Marshal will not serve witness subpoenas for the parties.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is set for evidentiary hearing on December 8, 2010, at 9:00 a.m. before the undersigned in Courtroom # 27.

2. The hearing is limited to resolving two issues: (1) whether the medical technician examined petitioner's hands; and (2) assuming petitioner's trial counsel failed to interview the technician, why he failed to do so.

3. All parties shall appear at the evidentiary hearing by counsel.

4. The Clerk of Court will provide for plaintiff's presence at the hearing pursuant to a writ to be issued. All parties shall take any steps necessary to facilitate execution of said writ.

DATED: October 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:howie453.hrg